UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

HARRY J. SCANLAN,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1332, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.    With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

4. With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and Missouri. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

5. Plaintiff, HARRY J. SCANLAN, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant, NATIONAL ASSET RECOVERY SERVICES, INC., is a professional company and citizen of the State of Missouri with its principal place of business at Suite 300, 16253 Swingley Ridge, Chesterfield, Missouri 63017.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## **FACTUAL ALLEGATIONS**

11.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

12.     For over a year Plaintiff has repeatedly received telephone calls from Defendant seeking to collect a debt apparently due from "Ingrid Ivey." The volume of calls Plaintiff has received is enormous, on some occasions he has received multiple calls in a single day. Plaintiff has no knowledge of Ingrid Ivey. On more than one occasion, Plaintiff has informed Defendant's representatives that he does not know Ingrid Ivey, that he is not liable for the debt of Ingrid Ivey, and that Ms. Ivey does not, and never has, resided at his home, yet Defendant continues to call Plaintiff's residence leaving pre-recoded messages on his telephone.

13.     Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

October 3, 2009 at 4:18 PM Call #1
Hi, Ingrid Ivey. Please return this business call today. You need to get in touch with Amara at 866-623-6005. Thanks.

October 3, 2009 – Call #2
Ingrid, this is (inaudible). Return the call today at 866-623-6005. That's 866—36005.

October 3, 2009 – Call #3
Ingrid, this is Dwayne (inaudible). Give me a call back today at 866-623-6005. Thank you.

October 3, 2009 – Call #4

The message intended for Ingrid Ivey. Please return the call to Andrea at 866-623-6005.

October 13, 2009 at 4:07 PM
Hi, Ingrid Ivey, this is Amara. Please give me a return call today. Number to reach me at is toll-free. That's 866-623-6005. Please give me a return call as soon as you get this message. Thanks.

October 14, 2009 at 11:27 AM
Hi, Ingrid, this is Amara. You need to give me a call back today. Number to reach me at is 866-623-6005. Ingrid, please give me a call back today. Thanks.

November 11, 2009 at 12:26 PM
Message for Ingrid. You need to return call to Mr. Harris at 866-623-6005.

November 12, 2009 at 4:16 PM – No Discernable Message

November 14, 2009 at 10:50 AM
Ivey, this is Amara. Please give me a return call at 866-623-6005. Please return our call as soon as you get this message. Thanks.

November 30, 2009 at 11:47 AM
Message intended for Ingrid. This is Scarlett. Do return the call as soon as you receive the message. The callback number is 866-623-6005. Thank you.

December 24, 2009 at 9:58 AM
Message for Ingrid Ivey. This is Simone. It is important that you get in touch with me today. My number is 866-623-6005. It's of your best interest that you do return this call. Thank you.

November 2, 2010 at 2:42 PM – Call #1
Call is very important to us.  We will be with.

November 2, 2010 at 7:01 PM – Call #2 – Pre-Recorded Message
Not a sales or marketing call.  If this is Ingrid Ivey, please press 1 now.  If this is not Ingrid Ivey, please press 2 now.  Once again if this is Ingrid Ivey please press 1 now, if this is not Ingrid Ivey please press 2 now.  Hello this message is for Ingrid Ivey, if you are not Ingrid Ivey please hang up now.  Or if this message has been recorded please stop at this point.  By continuing to listen to this message you acknowledge you are Ingrid Ivey.  This is not a solicitation call.  This message is

4

from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-415-1668.  Thank you for your cooperation, good bye.

November 3, 2010 at 8:30 PM – Pre-Recorded Message
Sales or marketing call.  If this is Ingrid Ivey, please press 1 now.  If this is not Ingrid Ivey, please press 2 now.  Once again if this is Ingrid Ivey please press 1 now, if this is not Ingrid Ivey please press 2 now.  Hello this message is for Ingrid Ivey. If you are not Ingrid Ivey please hang up now.  Or if this message has been recorded please stop at this point.  By continuing to listen to this message you acknowledge you are Ingrid Ivey.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-415-1668.  Thank you for your cooperation. Good bye.

November 4, 2010 at 8:48 AM – Pre-Recorded Message
Not a sales or marketing call.  If this is Ingrid Ivey, please press 1 now.  If this is not Ingrid Ivey, please press 2 now.  Once again if this is Ingrid Ivey please press 1 now, if this is not Ingrid Ivey please press 2 now.  Hello this message is for Ingrid Ivey. If you are not Ingrid Ivey, please hang up now.  Or if this message has been recorded please stop at this point.  By continuing to listen to this message you acknowledge you are Ingrid Ivey.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-415-1668.  Thank you for your cooperation. Good bye.

November 5, 2010 at 9:18 AM – Call #1 – Pre-Recorded Message
Not a sales or marketing call.  If this is Ingrid Ivey, please press 1 now.  If this is not Ingrid Ivey, please press 2 now.  Once again, if this is Ingrid Ivey please press 1 now, if this is not Ingrid Ivey please press 2 now.  Hello this message is for Ingrid Ivey, if you are not Ingrid Ivey please hang up now.  Or if this message has been recorded please stop at this point.  By continuing to listen to this message you acknowledge you are Ingrid Ivey.  This is not a solicitation call.  This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  Please contact us at 866-415-1668.  Thank you for your cooperation, good bye.

November 5, 2010 10:36 AM – Call #2 - No Discernable Message.

November 9, 2010 at 1:33 PM – Call #1

Ingrid?

November 9, 2010 at 7:47 PM– Call #2 – Pre-Recorded Message
Not a sales or marketing call. If this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Once again if this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Hello this message is for Ingrid Ivey. If you are not Ingrid Ivey, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message, you acknowledge you are Ingrid Ivey. This is not a solicitation call. This message is from national asset recovery services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 866-415-1668. Thank you for your cooperation. Good bye.

November 10, 2010 at 1:35 PM – Call #1
Ingrid? Ingrid? Ingrid Ivey?

November 10, 2010 5:30 PM – Call #2 – Pre-Recorded Message
Not a sales or marketing call. If this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Once again if this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Hello this message is for Ingrid Ivey. If you are not Ingrid Ivey, please hang up now or if this message has been recorded please stop at this point. By continuing to listen to this message, you acknowledge you are Ingrid Ivey. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 866-415-1668. Thank you for your cooperation. Good bye.

November 11, 2010 at 1:05 PM – Call #1
Ingrid?

November 11, 2010 at 2:30 PM– Call #2
Ingrid?

November 18, 2010 at 5:09 PM
Ingrid? Ingrid?

November 19, 2010 at 2:42 PM
Ingrid? Ingrid? Yea (Inaudible)

November 20, 2010 at 9:49 AM – Pre-Recorded Message

Not a sales or marketing call. If this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Once again, if this is Ingrid Ivey, please press 1 now. If this is not Ingrid Ivey, please press 2 now. Hello this message is for Ingrid Ivey. If you are not Ingrid Ivey, please hang up now. Or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge you are Ingrid Ivey. This is not a solicitation call. This message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please contact us at 866-415-1668. Thank you for your cooperation. Good bye.

14. Some of the messages use a pre-recorded or artificial voice.

15. In addition to the foregoing, Defendant left messages on other occasions totaling in excess of 50 pre-recorded messages. (Collectively, "the telephone messages").

16. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

17. In some of the messages, Defendant failed to disclose its name to Plaintiff and failed to disclose the purpose of Defendant's messages.

18. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone.

19. Plaintiff did not expressly consent to Defendant's placement of telephone calls to his home telephone by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

7

20. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

21. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

22. Plaintiff incorporates Paragraphs 1 through 21.

23. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

24. Plaintiff incorporates Paragraphs 1 through 21.

25. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 21.

27. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and the purpose of its communications when Defendant knew Plaintiff had no connection to Ms. Ivey and when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.    Plaintiff incorporates Paragraphs 1 through 21.

29.    By failing to disclose its name and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass and by continuing to call Plaintiff when Defendant knew Plaintiff had no connection to Ms. Ivey, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT V
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

30. Plaintiff incorporates Paragraphs 1 through 21.

31. Defendant placed non-emergency telephone calls to Plaintiff's home telephone using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. a declaration that Defendant's calls violate the TCPA;

  c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's telephone using a pre-recorded or artificial voice; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com

By: <u>s/ Donald A. Yarbrough</u>
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658